# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ASHLEY NICOLE DUNCAN,<br><br>Defendant | Case No.: 21-CR-1486-JLS<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE MOTION HEARING / TRIAL SETTING AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT**<br><br>Honorable Janis L. Sammartino |

Pursuant to joint motion and good cause appearing, IT IS HEREBY ORDERED that the Motion Hearing and Trial Setting currently scheduled for June 25, 2021, be continued to August 13, 2021, at 1:30PM. Defendant shall file an acknowledgement of the new hearing date by July 16, 2021.

For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial. Accordingly, the delay occasioned by this continuance is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED.

Dated: June 23, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge